PROB•12B
(04/08)

September 30, 2009

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

FILED
09 OCT -8 AM 8: 45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**Name of Offender:** Lizbeth BAUCER (English)   **Dkt.No.:** 08CR00776-001-BTM

**Name of Sentencing Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge

**Sentence:** 18 month's custody and three (3) years supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** July 3, 2008    **Date Supervised Release Commenced:** June 9, 2009

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Suspend the mental health treatment condition at this time and allow the probation officer to reactivate this condition at a later date.

### CAUSE

At the onset of supervised release, Ms. Baucer was placed at a Residential Re-Entry Center (RRC) pursuant to the Court's directive. She was subsequently released from the RRC to the Serenity House residential substance abuse treatment program. The offender is presently scheduled to complete the Serenity House program in January of 2010. The undersigned would like to suspend mental health treatment until she completes the residential substance abuse treatment program. The offender is in agreement with the proposed modification.

Respectfully submitted:                    Reviewed and approved:

by _____                _____
Constant T. Wilson                         Robert Walford
Senior U.S. Probation Officer              Supervising U.S. Probation Officer
(619) 409-5120

Attachments: _____

**THE COURT ORDERS:**

   ✓    The Modification of Conditions as Noted Above

   ___  Other _____

_____                    10-6-09
The Honorable Barry Ted Moskowitz                   Date
U.S. District Judge