AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Lizbeth Baucer

**WARRANT FOR ARREST**

CASE NUMBER: 08cr776-BTM

To: The United States Marshal
and any Authorized United States Officer

~~NOT FOR PUBLIC VIEW~~

YOU ARE HEREBY COMMANDED to arrest ____Lizbeth Baucer____
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE: 4/11/10
ARRESTED BY: [signature] Epps

GEORGE W. VENABLES
U.S. MARSHAL, S/CA
BY: [signature] Maria

In violation of Title ____See Above____ United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

s/L Odierno
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

4/08/10 San Diego, CA
Date and Location

Bail fixed at $ ____No Bail____ by ____The Honorable Barry T. Moskowitz____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |