LAURA E. DUFFY
United States Attorney
LARA A. STINGLEY
Assistant United States Attorney
California State Bar No. 275534
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8403
Email: lara.stingley@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0776-BTM |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| LIZBETH BAUCER, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my withdrawal as co-counsel in the above-captioned case.  Effective this date, <u>I am no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

**<u>Name</u>**

Lara A. Stingley

Please feel free to call me if you have any questions about this notice.

DATED: March 17, 2014.

                                                                       LAURA E. DUFFY
                                                                       United States Attorney

                                                                       s/ *Lara A. Stingley*
                                                                       LARA A. STINGLEY
                                                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LIZBETH BAUCER,<br><br>    Defendant. | Case No. 08CR0776-BTM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of the **Notice of Appearance** on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System, which electronically notifies them:

Sandra Hourani, Esq.
Federal Defenders of San Diego

I hereby certify that I have cause to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 17, 2014.

s/ *Lara A. Stingley*
LARA A. STINGLEY
Assistant United States Attorney