PROB 12C
(04/08)

May 15, 2014
pacts id: 218955

**AMENDED**

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

**AMENDED**

**Petition for Warrant or Summons for Offender Under Supervision**

**Name of Offender:** Lizbeth Baucer (English) **Dkt No.:** 08CR00776-001-BTM

**Reg. No.:** 07251-298

**Name of Sentencing Judicial Officer:** The Honorable Barry Ted Moskowitz, Chief U.S. District Judge

**Original Offense:** 21 U.S.C. §§ 952 and 960, Importation of Marijuana, a Class D felony.

**Date of Sentence:** June 7, 2013

**Sentence:** Continued on supervised release; conditions modified to include that the supervised release term be extended for six months and that Ms. Baucer participate in a residential drug treatment program (CRASH). *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** September 11, 2013

**Asst. U.S. Atty.:** Lara A. Stingley **Defense Counsel:** Sandra Hourani (Appointed) (619) 234-8467

**Prior Violation History:** Yes. See prior court correspondence.

---

**PETITIONING THE COURT**

**TO AMEND THE ORIGINAL ORDER TO SHOW CAUSE DATED, APRIL 4, 2014, TO INCLUDE THE FOLLOWING ALLEGATION**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
| --- | --- |
| **(Special Condition)** The defendant shall enter and successfully complete CRASH inpatient drug treatment program. | 2. On or about March 6, 2014, Ms. Baucer failed to enter CRASH inpatient drug treatment program as directed by the probation officer on March 5, 2014. |
| **(Standard Condition)** Answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. (*mv8*) | |

***Grounds for Revocation:*** On March 5, 2014, Ms. Baucer appeared before the Court for violation proceedings. On this date, the Court found her in violation and modified conditions of supervised release to include that she enter and successfully complete CRASH inpatient drug treatment program. At this hearing, the Court was notified that arrangements had been made for Ms. Baucer to report to CRASH on March 6, 2014. Ms. Baucer was directed to report to CRASH and affirmed with the probation officer and the Court that she would report as directed. She subsequently failed to report to CRASH and her current whereabouts is unknown.

**AMENDED** **VIOLATION SENTENCING SUMMARY** **AMENDED**

**SUPERVISION ADJUSTMENT**

Please refer to the violation report dated April 4, 2014, for information regarding the offender's adjustment to supervision.

**OFFENDER PERSONAL HISTORY/CHARACTERISTICS**

Please refer to the violation report dated April 4, 2014, for information regarding the offender's personal history and characteristics.

**SENTENCING OPTIONS/RECOMMENDATIONS**

The additional violation noted in this amended petition constitutes the same grade of violation as reported in the Petition dated April 4, 2014 (Grade C). There is no impact on the revocation imprisonment range of 6 to 12 months, and the sentencing recommendation remains the same. It is recommended that supervised release be revoked and a sentence of nine months custody be imposed with a six month term of supervised release to follow, to include the same terms and conditions as previously imposed.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: May 15, 2014**

Respectfully submitted:
DAVID J. SULTZBAUGH
CHIEF PROBATION OFFICER

by
De Anna Vargas
Sr. U.S. Probation Officer
(619) 409-5104

Reviewed and approved:

Julia Jauregui
Supervising U.S. Probation Officer

PROB12CW May 15, 2014

**AMENDED** **AMENDED**

## VIOLATION SENTENCING SUMMARY

1. **Defendant:** Baucer, Lizbeth

2. **Docket No.** (Year-Sequence-Defendant No.): 08CR00776-001-BTM

3. **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1):

| Violation(s) | Grade |
|---|---|
| failure to report for drug testing as required (allegation 1) | C |
| failure to report to CRASH drug treatment program (allegation 2) | C |
| failure to follow instructions of the probation officer (allegation 2) | C |
| | |
| | |
| | |
| | |
| | |

4. **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b)) [ C ]

5. **Criminal History Category** (*See* USSG § 7B1.4(a)) [ IV ]

6. **Range of Imprisonment** (*See* USSG § 7B1.4(a)) [ 6 to 12 months ]

7. **Unsatisfied Conditions of Original Sentence**: List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (*See* USSG § 7B1.3(d)):

| | | | |
|---|---|---|---|
| Restitution ($) | ______ | Community Confinement | ______ |
| Fine($) | ______ | Home Detention | ______ |
| Other | ______ | Intermittent Confinement | ______ |

**THE COURT ORDERS:**

✓ THE ORIGINAL ORDER TO SHOW CAUSE DATED APRIL 4, 2014, BE AMENDED TO INCLUDE THE ABOVE ADDITIONAL ALLEGATION.

✓ Other The Court finds probable cause as to above allegation

Barry Ted Moskowitz
The Honorable Barry Ted Moskowitz
Chief U.S. District Judge

5-20-2014
Date

✓ The Court finds probable cause as to above allegation

5-20-2014

[signature]