**Sandra C. Hourani**
California Bar No. 288660
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
sandra_hourani@fd.org

Attorneys for Ms. Baucer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LIZBETH BAUCER.

Defendant.

Case No. 08cr0776-BTM

**JOINT MOTION TO CONTINUE HEARING**

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Sandra C. Hourani, and Federal Defenders of San Diego, counsel for Lizbeth Baucer, along with Assistant United States Attorney Tara K. McGrath, that the Sentencing Hearing currently set for September 19, 2014 at 11:00 a.m., be continued to October 3, 2014 at 10:15 a.m.

Dated: August 5, 2014

*s/ Sandra C. Hourani*
**SANDRA C. HOURANI**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Baucer

Dated: August 5, 2014

*s/ Tara K. McGrath*
**TARA K. MCGRATH**
Assistant United State Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Tara K. McGrath, AUSA
tara.mcgrath@usdoj.gov

Respectfully submitted,

DATED: August 5, 2014

*s/ Sandra C. Hourani*
**SANDRA C. HOURANI**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Baucer