UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>LIZBETH BAUCER,<br><br>      Defendant. | Case No. 08CR0776-BTM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Sentencing Hearing currently set for September 19, 2014 at 11:00 a.m., be continued to October 3, 2014 at 10:15 a.m.

**IT IS SO ORDERED.**

DATED:  August 6, 2014

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court